**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RODNEY S. SHETTLE,            :   No. 677 MAL 2015
                      :
           Respondent     :
                      :   Petition for Allowance of Appeal from
                      :   the Order of the Superior Court
          v.              :
                      :
                      :
MICHELLE L. MYERS,          :
                      :
          Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.